AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**NANCY R. LAMON,**

      Petitioner,

    V.                                CASE NUMBER: **04-C-873**

**JODINE DEPPISCH, Warden**
**Taycheedah Correctional Institution**,

      Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Nancy R. Lamon's petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED.**

| | |
|---|---|
|   August 24, 2005 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |